UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MABEL DOMINGUEZ,

    Plaintiff,

v.                                    CASE NO. 2:20-cv-00551-JLB-MRM

EQUIFAX INFORMATION SERVICES,
LLC AND CELTIC BANK,

    DefendantS.
_____/

## ORDER

The plaintiff announces (Docs. 15,16) a settlement. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

ORDERED in Fort Myers, Florida, on September 15, 2020.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE